**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAEVON MARQUEE EVERAGE G.,[1]

Plaintiff,

v.

FRANK BISGNANO, COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 5:25-cv-01838-AH-PD

**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report were filed.

The Court accepts the Report and adopts it as its own findings and conclusions. The decision of the Administrative Law Judge is Reversed and

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

this matter is Remanded to the Social Security Administration on an open record for further proceedings.

Dated: August 25, 2026

H N. ANNE HWANG
UNITED STATES DISTRICT JUDGE