JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DAEVON MARQUEE EVERAGE G.,[1]

Plaintiff,

v.

FRANK BISGNANO, COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 5:25-cv-01838-AH-PD

**JUDGMENT**

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Reversed and this matter is Remanded to the Social Security Administration on an open record for further proceedings.

Dated: August 25, 2026

H )N. ANNE HWANG
UNITED STATES DISTRICT JUDGE